IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| JIMMY CARY, *et al.* | § § § § | |
| v. | § § § § | CIVIL ACTION NO. 6:15cv844 |
| DEUTSCHE BANK NATIONAL TRUST COMPANY, *et al*. | § | |

## ORDER ADOPTING REPORT AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The Report and Recommendation of the Magistrate Judge, which contains her findings, conclusions, and recommendation for the disposition of the complaint has been presented for consideration. The Report and Recommendation (ECF 16), filed on July 1, 2016, recommends that the complaint be dismissed without prejudice for failure to prosecute. FED R. CIV. P. 41(b). No written objections have been filed. The Court therefore **ADOPTS** the findings and conclusions of the Magistrate Judge as those of the Court.

In light of the foregoing, it is

**ORDERED** that the complaint is **DISMISSED** without prejudice for failure to prosecute. FED R. CIV. P. 41(b).

It is **SO ORDERED**.

**SIGNED this 30th day of August, 2016.**

_____
MICHAEL H. SCHNEIDER
UNITED STATES DISTRICT JUDGE